UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANGELA GAYLE CAIN                                                   PLAINTIFF

VS.                      NO. 3:18-CV-00035-JTR

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION                            DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act ("EAJA").[1] *Doc. 18.* The Motion is unopposed. *Doc. 21.*

Plaintiff's attorney, Adam Butler, requests a total award of **$5,423.04** (which sum includes 26.9 attorney hours in 2018 and 2019 at an hourly rate of $201.60). *Doc. 18*.

The Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA and that an award of **$5,423.04** is reasonable.

IT IS HEREBY ORDERED that Plaintiff's Motion for Attorney's Fees pursuant to the EAJA, *doc. 18*, is GRANTED.

---

[1] On December 14, 2018, the Court entered an Order and Judgment reversing the Commissioner's decision and remanding this case for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). *Docs. 16 & 17*.

IT IS FURTHER ORDERED that Plaintiff is awarded **$5,423.04** in fees under the EAJA.[2]

Dated this 7th day of February, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff, but mailed to the Plaintiff in care of Plaintiff's attorney at the attorney's office.